### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TERRITHA R. REED**                                               **PLAINTIFF**

**vs.**                                    **Case No. 4:20 cv 1431 JM**

**ARKANSAS HIGHWAY POLICE**                                        **DEFENDANT**

## JUDGMENT

For the reasons stated in the order entered this same day, the complaint of the Plaintiff is

dismissed with prejudice.[1]

Dated this 17th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE

---

[1] "[T]he Eighth Circuit has held that, under Title VII, a dismissal without prejudice operates to leave a plaintiff as if no action had been filed. *Id.* (citing *Moore v. St. Louis Music Supply Co., Inc.*, 539 F.2d 1191, 1194 (8th Cir. 1976)). Thus, any dismissal of a Title VII or ADEA case that occurs, as it did here, more than 90 days after the right to sue letter issued is, in substance, a dismissal with prejudice." *Faulkner v. Townsell*, No. 4:18-CV-00353 KGB, 2020 WL 2818512, at *8 (E.D. Ark. May 28, 2020).